LEE N. KOEHLER, Appellant, v THE BANK OF BERMUDA LIMITED, Respondent.

Submitted March 30, 2009; decided April 2, 2009

Motion by the Clearing House Association L.L.C. for leave to appear amicus curiae on consideration of the certified question herein granted only to the extent that the proposed brief is accepted as filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRELL BYRD, Appellant.

Submitted February 9, 2009; decided April 2, 2009

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed Supreme Court's order denying appellant's motion to vacate, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied. Motion for poor person relief dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REBECCA KASZUBINSKI, Appellant.

Submitted March 23, 2009; decided April 2, 2009

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 denied as unnecessary and motion papers treated as a timely CPL 460.20 application.